UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                    )
    GAETANO CONTALDI                  )        Chapter 13
                                       )
    Debtor.                            )        Case No. 09-14691-WCH

OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 (the "Wells Fargo"), by and through its undersigned counsel, and respectfully objects to the confirmation of the Debtors' Chapter 13 Plan (Court Doc. No. 2). In support of its objection, Wells Fargo states as follows:

1.    On or around December 9, 2004, Gaetano Contaldi (the "Debtor") granted to Option One Mortgage Corporation a mortgage on certain real estate, as recorded with the Middlesex County (Southern District) Registry of Deeds at Book 44288, Page 514 (the "Mortgage"). The Mortgage encumbers the property located at 133 Bailey Road, Somerville, Massachusetts 02145 (the "Property"), and secures a note given by the Debtor to Option One Mortgage Corporation in the amount of $479,760.00 on that same date, as affected by a Loan Modification Agreement dated May 20, 2008, as recorded at Book 51649 Page 390 (the "Note"). Reference is made to the assignment of the Mortgage to the Movant.

2.    The Debtor has caused to be recorded as Declaration of Homestead at Book 49346, Page 519. Upon information and belief, the Property is the Debtor's residence.

3.    On May 22, 2009, the Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts. A plan has not been confirmed.

4.    Section II.C. of the Plan provides for discharge of the Mortgage upon payment of $384,000.00 plus interest of 6% per annum. The prepetition arrearage under the claim secured by

1

the Mortgage was $6,056.28, and as of September 14, 2009, the total obligation under the Note and Mortgage was $511,277.95.

    4.    The Plan fails to comply with 11 U.S.C. §§ 1322 and 1325, insomuch as it is attempting an impermissible modification of the Mortgage, and the Plan is not feasible.

WHEREFORE, Wells Fargo requests that this Court:

A. Deny confirmation of the Plan; and

B. Order such and other relief as the Court may deem just.

        Respectfully submitted,

        Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1

        By its attorneys,

        ABLITT LAW OFFICES, PC

Dated: September 22, 2009        /s/ Jeana K. Reinbold
        Jeana Kim Reinbold
        BBO# 665173
        304 Cambridge Road
        Woburn, MA 01801
        (781) 246-8995 ext. 250
        jreinbold@acdlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be this day served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN filed with the Court this day, by mailing a copy first-class, postage prepaid, and/oror by serving a copy electronically via CM/ECF.

Dated:  September 22, 2009                                                  /s/ Jeana K. Reinbold
                                                                                              Jeana Kim Reinbold


By CM/ECF:

- Carolyn Bankowski-13 Chapter 13 Trustee    13trustee@ch13boston.com
- John Fitzgerald Assistant U.S. Trustee    USTPRegion01.BO.ECF@USDOJ.GOV
- Mitchell J. Levine on behalf of Ford Motor Credit Co., LLC    mlevine@nairlevin.com
- Herbert Weinberg  on behalf of Debtor    hweinberg@jrhwlaw.com; bmessina@jrhwlaw.com; paper@mab.uscourts.gov

By First Class Mail:

Gaetano Contaldi
133 Bailey Road
Somerville, MA 02145

City of Somerville
City Hall- Tax Collector
93 Highland Avenue
Somerville, MA 02143

American Home Mortgage Servicing, Inc.
4875 BELFORT ROAD SUITE 130
Jacksonville, FL 32256

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131