# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| |
|---|
| IN RE |
| CONTALDI, Gaetano |
| SSN: xxx-xx-4797       Debtor |

Chapter 13
Case No. 09-14691-WCH

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on May 22, 2009.
2. On July 1, 2009, the Trustee presided over a 341 meeting of creditors and examined the Debtor. On December 14, 2009, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
3. The Plan is miscalculated. The Plan proposes a monthly Plan payment of $861.00 for a term of 60 months for a total Plan cost of $51,660.00. The Debtor attempts to subtract out the total amount paid to date from the total cost of the Plan. Therefore, there are 54 months remaining, not 60 months as proposed in the Plan. Using the correct number of remaining months of the Plan, the required monthly Plan payment would be $946.00.
4. Further, the Debtor's Amended Schedules I and J show $865.13 in monthly disposable income, which is not sufficient income to fund the corrected calculation of the Plan.
5. The Debtor has filed an Amended Schedule I showing monthly gross wages of $4,650.00, which is an increase of $2,150.00 per month. The Debtor has failed to provide the Trustee with evidence of the increased income. Without evidence of the increased income, the Trustee asserts that the Plan is not feasible.

EM

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: January 13, 2010

    Respectfully submitted,

    By: /s/ Carolyn Bankowski
    Carolyn Bankowski, BBO#631056
    Patricia A. Remer, BBO#639594
    Standing Chapter 13 Trustee
    PO Box 8250
    Boston, MA  02114
    (617) 723-1313
    **13trustee@ch13boston.com**

EM

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>CONTALDI, Gaetano<br>SSN: xxx-xx-4797  Debtor | Chapter 13<br>Case No. 09-14691-WCH |

## Certificate of Service

The undersigned hereby certifies that a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Dated: January 13, 2010

                                         /s/ **Carolyn Bankowski**
                                         Carolyn Bankowski

| | |
|---|---|
| Gaetano Contaldi<br>133 Bailey Road<br>Somerville, MA 02145 | Herbert Weinberg, Esq.<br>805 Turnpike Street, Ste 201<br>North Andover, MA 01845 |

EM