UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                            )
    GAETANO CONTALDI                  )        Chapter 13
                                                  )
    Debtor.                           )        Case No. 09-14691-WCH

OBJECTION TO CONFIRMATION OF AMENDED PLAN

NOW COMES Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 (the "Wells Fargo"), by and through its undersigned counsel, and respectfully objects to the confirmation of the Debtor's Amended Chapter 13 Plan (Court Doc. No. 87). In support of its objection, Wells Fargo states as follows:

1.    On or around December 9, 2004, Gaetano Contaldi (the "Debtor") granted to Option One Mortgage Corporation a mortgage on certain real estate, as recorded with the Middlesex County (Southern District) Registry of Deeds at Book 44288, Page 514 (the "Mortgage").  The Mortgage encumbers the property located at 133 Bailey Road, Somerville, Massachusetts 02145 (the "Property"), and secures a note given by the Debtor to Option One Mortgage Corporation in the amount of $479,760.00 on that same date, as affected by a Loan Modification Agreement dated May 20, 2008, as recorded at Book 51649 Page 390 (the "Note"). Reference is made to the assignment of the Mortgage to the Wells Fargo.

2.    On May 22, 2009, the Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.  On June 29, 2009, the Debtor filed his Chapter 13 Plan (Court Doc. No. 25)(the "Plan").

3.    On September 22, 2009, Wells Fargo filed an Objection to Confirmation of the Debtor's Plan [Court Doc. 43] to which the Debtor filed a response on October 5, 2009.  The parties agreed to resolve their differences and on October 21, 2009, they filed a Stipulation [Court Doc. No. 62] on Wells Fargo's Objection, along with a Joint Motion to Approve the same.  The Stipulation

1

provided that the Debtor was to file Amended Plan within thirty (30) days to provide for Wells Fargo's secured proof of claim and for such other amounts that the parties may agree on. The Court approved this Stipulation on November 7, 2009 (Court Doc. 71).

4. On November 5, 2009, Wells Fargo and the Debtor filed a Stipulation (Court Doc. 69) with respect to the Motion for Relief from Automatic Stay filed by Wells Fargo (Court Doc. 44) along with a Joint Motion to Approve the same. This Stipulation provided, in sum, that the Debtor was to amend his Plan on or before November 21, 2009, to provide for the post-petition arrears due under the Mortgage. That post-petition arrears agreed to in the Stipulation was $27,205.29. The Court approved this Stipulation on December 1, 2009 (Court Doc. 78).

5. On December 14, 2009, the Debtor filed his Amended Plan to which Wells Fargo now files this Objection. Section II.A of the Amended Plan provides for a post-petition arrearage of $22,712.99 due under the Mortgage.

6. The Amended Plan fails to comply with the Stipulation of the parties insomuch as it does not provide for the post-petition arrears of $27,205.29 agreed to by the parties.

WHEREFORE, Wells Fargo requests that this Court:

A. Deny confirmation of the Amended Plan; or, in the alternative,

B. Order the Debtor to further amend his Plan to provide for the post-petition arrears agreed to in the Stipulation; and

C. Order such and other relief as the Court may deem just.

Respectfully submitted,

Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1

By its attorneys,

ABLITT LAW OFFICES, PC

Dated:  January 13, 2010                           /s/ Thomas C. Tretter
                                                                                   Thomas C. Tretter
                                                                                   BBO# 556981
                                                                                   304 Cambridge Road
                                                                                   Woburn, MA 01801
                                                                                   (781) 246-8995 ext. 249
                                                                                   ttretter@acdlaw.com


CERTIFICATE OF SERVICE

     I hereby certify that I have caused to be served a copy of the foregoing OBJECTION TO CONFIRMATION OF AMENDED PLAN filed with the Court this day, by mailing a copy first-class, postage prepaid, and/oror by serving a copy electronically via CM/ECF on or before January 14, 2010.

Dated:  January 13, 2010                           /s/ Thomas C. Tretter
                                                                                  Thomas C. Tretter


By CM/ECF:

- Carolyn Bankowski-13     13trustee@ch13boston.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Mitchell J. Levine     mlevine@nairlevin.com
- Jeana Kim Reinbold     jreinbold@acdlaw.com, mrogers@acdlaw.com; iveloz@acdlaw.com;jodonohue@acdlaw.com;kholmes@acdlaw.com
- Daniel P. Ryan     daniel.p.ryan@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
- Herbert Weinberg     hweinberg@jrhwlaw.com, bmessina@jrhwlaw.com;paper@mab.uscourts.gov


By First Class Mail:

**Gaetano Contaldi**
133 Bailey Road
Somerville, MA  02145

**City of Somerville - Tax Collector**
93 Highland Avenue, City Hall
Somerville, MA  02143

**American Home Mortgage Servicing, Inc.**
4875 Belfort Road, Suite  130
Jacksonville, FL  32256

**Recovery Management Systems Corp.**
25 S.E. 2nd Avenue, Suite  1120
Miami, FL  33131