**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| GAETANO CONTALDI | ) | CASE NO. 09-14691 WCH |
| | ) | |
| DEBTOR(S) | ) | |

## OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

Ford Motor Credit Company LLC formerly Ford Motor Credit Company hereby objects to the debtor's Second Amended Chapter 13 Plan (the "Plan"), and in support of this objection states as follows:

1.      Through the Plan, the Debtor(s) proposes to "cramdown" and bifurcate Ford Motor Credit Company LLC formerly Ford Motor Credit Company's secured claim of 2003 Lincoln LS, Vehicle Identification Number 1LNHM87A73Y686172 (the "Vehicle"), through their payment of only $5,525.00, a figure the Debtor(s) apparently suggest is the value of the vehicle.

2.      The United States Supreme Court in Associates commercial corp. v. Rash, _ US __, 117 S. Ct. 1879, 138 L.Ed.2d 148 (1997) held that the appropriate standard for determining the value of property that a chapter 13 debtor, as here, opts to retain and use under Bankruptcy Code §1325(a)(5)(B) is its "replacement value."  In Rash, the Court stated:

...under §506(a), the value of property retained because the Debtor has exercised the §1325(a)(5)(B) "cram down" option is the cost the debtor would incur to obtain a like asset for the same "proposed...use".

Rash at__ U.S. ___, 117 S.Ct. at 1886.  See also 11 U.S.C. § 506(a)(2).

3.     In <u>In re Russell</u>, 211 B.R. 12 (Bankr. E.D.N.C. 1997), the court, applying <u>Rash</u>, held that when valuing automobiles that a chapter 13 debtor intends to retain through his Chapter 13 plan:

... the court will use a replacement value which in most   cases will be a retail value without reduction for retail cost. Furthermore, the starting point for that evaluation will be NADA retail value. <u>Russell</u> at 14.

4.     Ford Motor Credit Company LLC formerly Ford Motor Credit Company believes that the value of said motor vehicle for cramdown purposes should be the N.A.D.A. retail value of $9,525.00 (a copy of the N.A.D.A. listing is attached hereto), and leaves the Debtor(s) to their proof regarding any applicable deductions.

5.     Ford Motor Credit Company LLC formerly Ford Motor Credit Company also objects to the Debtor(s)' listing Ford Motor Credit Company LLC formerly Ford Motor Credit Company's unsecured claim as $10,532.40 to the extent that figure will change upon a different value of the Vehicle, and since Ford Motor Credit Company LLC formerly Ford Motor Credit Company's total claim is $16,003.96 at the time of filing of the petition.

Dated this February 25, 2010.

MOVANT
Ford Motor Credit Company LLC formerly
Ford Motor Credit Company
By /s/ Mitchell J. Levine
    Mitchell J. Levine
    Nair & Levin, P.C.
    707 Bloomfield Avenue
    Bloomfield, CT 06002
    BBO No. 638576
    mlevine@nairlevin.com
    Telephone No. (860) 242-7585

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE | ) | CHAPTER 13 |
| GAETANO CONTALDI | ) | CASE NO. 09-14691 WCH |
|  | ) |  |
| DEBTOR(S) | ) |  |
|  | ) |  |
|  | ) |  |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2010 in accordance with Rules 7004, 7005, and 9014 F.R.Bankr.P., I have served the following upon all parties entitled to notice (see attached "Exhibit A"):

(1) a copy of the Objection to the Second Amended Chapter 13 Plan

Dated: February 25, 2010

THE MOVANT
Ford Motor Credit Company LLC
formerly Ford Motor Credit Company

BY/s/ Mitchell J. Levine
  Mitchell J. Levine, Esq.
  Nair & Levin, P.C.
  707 Bloomfield Avenue
  Bloomfield, CT 06002
  mlevine@nairlevin.com
  BBO #638576
  Telephone No. (860) 242-7585

## SCHEDULE A

Debtor(s)' Attorney:
**Herbert Weinberg**
Rosenberg & Weinberg,
805 Turnpike St., Suite. 201
North Andover, MA 01845
hweinberg@jrhwlaw.com

Debtor(s):
**Gaetano Contaldi**
133 Bailey Road
Somerville, MA 02145
*(Debtor)*

Trustee:
**Carolyn Bankowski-13**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
13trustee@ch13boston.com
*(Trustee)*

U.S. Trustee
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV
*(Assistant U.S. Trustee)*

**Internal Revenue Service/IRS**
**Daniel P. Ryan**
IRS Office of Chief Counsel
10 Causeway Street
Room 401
Boston, MA 02222
daniel.p.ryan@irscounsel.treas.gov

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131
claims@recoverycorp.com
*(Creditor)*

**Wells Fargo Bank, N.A., as Trustee**

**Jeana Kim Reinbold**
Ablitt Law Offices, P.C.
304 Cambridge Road
Woburn, MA 01801
jreinbold@acdlaw.com

**Thomas C. Tretter**
Ablitt Law Offices, P.C.
304 Cambridge Road
Woburn, MA 01801
ttretter@acdlaw.com

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131
claims@recoverycorp.com
*(Creditor)*

**American Home Mortgage Servicing, Inc.**
4875 BELFORT ROAD SUITE 130
Jacksonville, FL 32256
*Added: 06/05/2009*
*(Creditor)*

/s/ Mitchell J. Levine
Mitchell J. Levine