UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    CONTALDI, Gaetano                                   Chapter 13
    SS# xxx xx 4797                                     Case # 09-14691WCH
                                Debtor(s)

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE FOR FAILURE
TO MAKE PAYMENTS AND PROVIDE DOCUMENTS
<u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>

    Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1.     On May 22, 2009, the above-captioned Debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.     On July 1, 2009, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341.

3.     The Trustee is unable to recommend the Debtor's plan for confirmation at this time.

4.     The Debtor is in arrears according to the terms of the plan totaling $2,022.00 which is equal to 2.0 month(s) of plan payments. This amount does not include the current month and may increase prior to hearing. Failure to make timely payments is grounds for dismissal pursuant to 11 U.S.C §1307.

5.     The Debtor filed Amended Schedules I and J showing gross monthly wages of $4,650.00, which is an increase of $2,150.00 per month. The Debtor has failed to provide the Trustee with evidence of the increased income, the Trustee asserts that the Plan is not feasible.

6.     Also, the Debtor's Plan is not feasible. The Debtor's Plan proposes a payment of $1,038.00 per month. However, the Debtor's Amended Schedule J shows $865.13 in monthly disposable income.

EM

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
**13trustee@ch13boston.com**

Dated: March 23, 2010

EM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    CONTALDI, Gaetano                          Chapter 13
    SS# xxx xx 4797                           Case # 09-14691WCH
                Debtor(s)

## ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

                                                       U.S. Bankruptcy Judge

EM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In re:
    CONTALDI, Gaetano                                  Chapter 13
    SS# xxx xx  4797                                 Case # 09-14691WCH
                       Debtor(s)

_____

## NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: March 23, 2010

                                                 /s/ Carolyn Bankowski

## SERVICE LIST

Gaetano Contaldi
133 Bailey Road
Somerville, MA 02145

Herbert Weinberg, Esq.
805 Turnpike Street
North Andover, MA 01845

EM